UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

## ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

_____

United States of America

v.                                                                                  Docket # 8:20-MJ-487 (GLF)

GRAIGORY BROWN,
                    Defendant.
_____

    Because the above-named person has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require;

    It is hereby **ORDERED** that:

    The Office of the Federal Public Defender for the Northern District of New York is assigned representation of the above-named defendant and shall file a notice of appearance with the Clerk of Court.

Dated this 2nd day of October 2020
at Plattsburgh, New York

_____
Gary L. Favro
U.S. Magistrate Judge, N.D.N.Y.