# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office

4 Clinton Square
3ᴿᴰ FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender



Albany Office

39 N. Pearl Street
5ᵀᴴ FLOOR
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

October 5, 2020

Honorable Gary L. Favro
United States Magistrate Judge
The Gateway Building
14 Durkee Street
Plattsburgh, New York 12901

**RE:    UNITED STATES v. GRAIGORY BROWN; CASE NO.: 8:20-MJ-00487 (GLF)**

Dear Judge Favro:

      Graigory Brown is scheduled to appear before you tomorrow, October 6, 2020, at 8:30 a.m. for a detention hearing. By this letter, the defense respectfully requests a one-week adjournment of that hearing. After receiving Mr. Brown's pre-trial report, more time is needed for the defense to prepare for the hearing. Mr. Brown has advised me that he consents to this request. In addition, I have communicated the proposed adjournment to Assistant United States Attorney Doug Collyer.

      Please let me know if I can provide the Court with any further information. Thank you for your attention to this matter.

      Very truly yours,

      OFFICE OF THE FEDERAL PUBLIC DEFENDER

      s/ *Gabrielle DiBella*
By:    Gabrielle DiBella, Esq.
      Assistant Federal Public Defender

cc:   Doug Collyer, AUSA (by ECF);
      Jennifer Belli, USPO (by email)
      Graigory Brown (by mail)